IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WILLIAM M. WATTS,
    Plaintiff,

vs.

MARK KIDMAN and BRAZOS URETHANE, INC.,
    Defendants.

NOTICE OF APPEAL

Case No. 18-cv-49-jdp

---

Notice is hereby given that William M. Watts, in his self-representation, hereby Appeals to the U.S. Court of Appeals for the Seventh Circuit from a final Judgment/Order of a U.S. District Court for the Western District of Wisconsin, a Summary Judgment motion filed by defendants, granted on October 5, 2020, and a motion filed by plaintiff to alter or amend that Judgment pursuant to Rule 59 of the Federal Rules of Civil Procedure, denied, entered on December 9, 2020, by Judge James D. Peterson.

Dated: January 07, 2021

Respectfully submitted,

/s/ [signature]
William M. Watts, pro se
#18247-026
FCI Loretto
P.O. Box 1000
Cresson, PA 16630

DOC NO
REC'D/FILED
2021 JAN 11 AM 11:22
PETER OPPENEER
CLERK US DIST COURT
WD OF WI